IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:07CV169 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| MARY L. SCHALL, (deceased), et al., | ) | |
| | ) | |
| Defendant(s). | ) | |

Plaintiff has filed a Motion to Confirm Sale, filing 30.

IT IS HEREBY ORDERED that any person wishing to object to confirmation of the Marshal's sale conducted herein shall, not later than January 9, 2008, file with the Clerk and serve upon the parties to this action a written objection to confirmation of sale setting forth the basis for said objection.

IT IS FURTHER ORDERED that, in the event that no objection to confirmation of sale is filed by the date specified above, plaintiff's Motion to Confirm Sale shall be considered without hearing.

IT IS FURTHER ORDERED that, in the event that an objection to confirmation of sale is filed by the date specified above, all issues raised by said objection will be heard before the Court at 12:30 p.m. on January 18, 2008, in Courtroom No. 1, Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

IT IS FURTHER ORDERED that the Clerk shall mail a copy of this Order to the following parties:

| | |
|---|---|
| St. Paul Bank<br>a/k/a Cozad Bank & Trust Co.<br>915 Meridian<br>Cozad, NE  69130 | Citifinancial, Inc.<br>c/o CT Corp. System<br>301 S. 13th St., Suite 500<br>Lincoln, NE  68508 |
| General Collection Co.<br>310 Walnut<br>Grand Island, NE  68801 | Swinarski Pharmacy<br>624 Howard Street<br>St. Paul, NE  68873 |
| Anthony Juan Schall<br>-------------------------<br>Grand Island, NE  68803 | Donna Schall<br>-------------------------<br>Grand Island, NE  68801 |
| Alecia D. Ramirez<br>-------------------------<br>Grand Island, NE  68801 | Ricky J. Ramirez<br>-------------------------<br>Grand Island, NE  68801 |
| Antonio J. Ramirez<br>-------------------------<br>Grand Island, NE  68801 | Credit Management Services, Inc.<br>c/o Collection Bureau of GI, Inc.<br>105 N. Wheeler<br>Grand Island, NE  68801 |
| Gloria Stepanek<br>-------------------------<br>Central City, NE  68826 | |

| | |
|---|---|
| December 19, 2007 | BY THE COURT:<br><br>*s/Richard G. Kopf*<br>United States District Judge |